**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| ERIC H. HOLDER, JR., ) <br> ATTORNEY GENERAL OF THE ) <br> UNITED STATE OF AMERICA, ) <br>        PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> DAVID HAMILTON, ) <br>        DEFENDANT ) | CIVIL ACTION NO. 3:10CV-759-C |

**ENTRY OF APPEARANCE**

Please take notice that the undersigned attorney, Vincent F. Heuser, Jr., hereby enters his appearance on behalf of Defendant David Hamilton. Please direct pleading and correspondence to Counsel at the address below.

Respectfully Submitted,

/s/ Vincent F. Heuser, Jr.
Vincent F Heuser, Jr., Attorney
Hirsh & Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY 40220
(502) 458-5879

Michael R. Hirsh, Attorney
Hirsh & Heuser Attorneys
125 TownPark Drive Ste 300
Kennesaw, GA 30144
770-420-8224

**CERTIFICATE OF SERVICE**

I hereby certify that this 11th day of April, 2011, the foregoing Entry of Appearnce was served upon the Plaintiffs by delivering a true copy thereof to the United States Postal Service, first class postage pre-paid, or electronically, addressed to:

[ √ ] Thomas E. Perez, U.S. Dept. of Justice, 950 Pennsylvnia Ave N.W., Washington DC 20530

/s/ Vincent F. Heuser, Jr.
Vincent F. Heuser, Jr.