UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

PROPOSED JOINT JURY INSTRUCTIONS

Plaintiff Eric H. Holder, Jr. and Defendant David Hamilton respectfully request that the Court include in its charge to the jury the attached instructions and such other instructions as may become appropriate during the course of the trial.

Respectfully submitted,

/s Vincent F. Heuser, Jr.
VINCENT F. HEUSER, JR.
Hirsch &Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY  40220
(502) 458-5879

MICHAEL R. HIRSH
Hirsch &Heuser Attorneys
125 TownPark Drive Ste 300
Kennesaw, GA 30144
(770) 420-8224

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN SMITH
Chief
Special Litigation Section

JULE K. ABBATE
Deputy Chief
Special Litigation Section

s/Aaron Fleisher
AARON FLEISHER
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 514-6255
Facsimile:   (202) 514-6903
aaron.fleisher@usdoj.gov

INTRODUCTION

Ladies and Gentlemen:

Now that you have heard all of the evidence, and the argument of the attorneys, it is my duty to give you instructions as to the law applicable in this case.

It is your duty as jurors to follow the law as stated in the instructions, and to apply that law to the facts you find from the evidence.

You are not to single out one instruction alone as stating the law. You must consider these instructions as a whole.

You are not to be concerned with the wisdom of any rule of law stated by the Court. You must apply the law given in these instructions whether you agree with it or not.

It is your duty to determine the facts, and in so doing you must consider only the evidence I have admitted in the case. The term "evidence" includes the sworn testimony of the witnesses and the exhibits admitted in the record. It is your own interpretation and recollection of the evidence that controls.

You are permitted to draw reasonable inferences, deductions, and conclusions from the testimony and exhibits which you feel are justified in the light of your own common sense.

In saying that you must consider all the evidence, I do not mean to suggest that you must necessarily accept all of the evidence as true or accurate. You are the sole judges of the credibility or believability of each witness, and the weight to be given to the testimony of each witness.

In determining the credibility of any witness, you may properly consider the demeanor of the witness while testifying, frankness or lack of it, and his or her interest in the outcome of the case, if any.

The statements, objections, and arguments made by the lawyers are not evidence. What the lawyers have said to you is not binding upon you.

The weight of the evidence is not necessarily determined by the number of witnesses testifying as to the existence or nonexistence of any fact. You should be guided in your deliberations by the quality and credibility of the evidence you have heard.

PROPOSED JURY INSTRUCTION NO. 1

Preponderance of the Evidence

Plaintiff, Eric Holder, has the burden in a civil action such as this to provide every essential element of its claim by a preponderance of the evidence.  If the Plaintiff fails to establish any essential element of its claim by a preponderance of the evidence, you should find for the defendant.

"Establish by a preponderance of the evidence" means to prove that something is more likely so than not so.  In other words, a preponderance of the evidence simply means an amount of evidence that, when compared with that opposed to it, is enough to persuade you that the Plaintiff's claim is more likely true than not true.

This standard does not require proof to an absolute certainty, since proof to an absolute certainty is seldom possible in any case.  Nor does this standard require "proof beyond a reasonable doubt," which is a test that you may have heard about in connection with criminal cases.  Rather, a preponderance of the evidence means such evidence as, when considered and compared to that opposed to it, has more convincing force, and produces in your mind a belief that what is sought to be proved is more likely true than not true.

In deciding whether any fact has been proved by a preponderance of the evidence, you may consider the testimony of all of the witnesses, regardless of who may have called them, and all of the exhibits received in evidence, regardless of who may have produced them.

PROPOSED JURY INSTRUCTION NO. 2

The Freedom of Access to Clinic Entrances Act

The Freedom of Access to Clinic Entrances Act, known as "FACE," makes it unlawful for any person to use force to intentionally injure, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with anyone because that person is or has been obtaining or providing reproductive health services.  The FACE Act also prohibits anyone from using force in order to intimidate any other person or any class of persons from obtaining or providing reproductive health services.

PROPOSED JURY INSTRUCTION NO. 3

Elements

The FACE Act consists of four elements.  The first element—whether the Defendant's act constituted force—is not at issue, because the Court has already concluded, as a matter of law, that this element has been satisfied.  The Plaintiff must prove the three remaining elements by a preponderance of the evidence in order to establish that the Defendant has violated the FACE Act.  The remaining elements are:

II:     The defendant acted with intent to injure, intimidate or interfere with a person or persons.

III:    The defendant's act injured, intimidated, or interfered with, or was an attempt to injure, intimidate, or interfere with, a person or persons.

IV:    The defendant's actions were motivated by his belief that the person against whom he

acted was or had been obtaining or providing reproductive health services, or, in the alternative, the defendant acted in order to intimidate a person from obtaining or providing such services.

I will now explain these three elements in more detail.

## PROPOSED JURY INSTRUCTION NO. 4

### Element Two: Intent

The second element is satisfied if the Defendant's act was intentional. A person acts with intent if he intends to perform an act and is aware of the natural and probable consequences of that act. In this case, the Plaintiff must establish that Defendant Hamilton intended to injure, intimidate, or interfere with a person when he made physical contact with her.

## PROPOSED JURY INSTRUCTION NO. 5

### Element Two: Intent

[The parties cannot agree on this instruction and will submit separate instructions.]

## PROPOSED JURY INSTRUCTION NO.6

### Element Three: Interference

The term "interfere with" means to restrict a person's freedom of movement.

## PROPOSED JURY INSTRUCTION NO.7

### Element Three: Intimidation

The term "intimidate" means to place a person in reasonable apprehension of bodily harm to herself or to another.

PROPOSED JURY INSTRUCTION NO.8

Element Three: Injury

[The parties cannot agree on this instruction and will submit separate instructions.]

PROPOSED JURY INSTRUCTION NO.9

Element Four: "Obtaining or providing reproductive health services"

[The parties cannot agree on this instruction and will submit separate instructions.]

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR.,<br>ATTORNEY GENERAL OF THE<br>UNITED STATES OF AMERICA, | :<br>:<br>: | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

        s/Aaron Fleisher
        AARON FLEISHER
        Trial Attorney
        Special Litigation Section
        Civil Rights Division
        UNITED STATES Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 514-6255
        Facsimile:  (202) 514-6903
        aaron.fleisher@usdoj.gov