# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff Eric H. Holder, Jr. respectfully requests that the Court include in its charge to the jury the attached instructions and such other instructions as may become appropriate during the course of the trial.

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN SMITH
Chief
Special Litigation Section

JULE K. ABBATE
Deputy Chief
Special Litigation Section

<u>s/Aaron Fleisher</u>
AARON FLEISHER
T. JACK MORSE
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:    (202) 514-6255
Facsimile:    (202) 514-6903
aaron.fleisher@usdoj.gov

PROPOSED JURY INSTRUCTION NO. 5

Element Two: Intent

Intent often may not be proved directly because there is no way of fathoming or scrutinizing the operations of the human mind, but you may infer a person's intent from surrounding circumstances. When a person's intent is in issue, you may consider any statement that person made, any act that person did or did not do, and all other facts and circumstances that indicate the party's state of mind.

If you find that the defendant acted voluntarily and purposely to injure, intimidate, or interfere with the person he made physical contact with, rather than inadvertently or by mistake, then you may find this element of the offense proved.

*New York ex rel. Spitzer v.* Cain, 418 F. Supp. 2d 457, 474 (S.D.N. Y. Feb. 15, 2006); O'Malley, Grenig& Lee, *Federal Jury Practice and Instructions*, §17.07, §121.01 (6th ed. 2012).

PROPOSED JURY INSTRUCTION NO.8

Element Three: Injury

"Injury" is defined as any wrong or damage done to another, either in his person, rights, reputation or property.

Black's Law Dictionary, 6th Ed. (1990).

PROPOSED JURY INSTRUCTION NO.9

Element Four: "Obtaining or providing reproductive health services"

The fourth element of the FACE Act requires the Plaintiff to prove that the Defendant acted as he did because he believed the person he touched was obtaining or providing reproductive health services. This element focuses on what motivated the Defendant to act.

"Reproductive health services" include medical, surgical, counseling, or referral services related to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy. These services may be provided in a hospital, clinic, physician's office, or other facility.

18 U.S.C. § 248(a)(1) & (e)(5); *Roe v. Aware Woman Ctr. for Choice, Inc.*, 357 F.3d 1226, 1229-32 (11th Cir. 2004); *Sharpe v. Conole*, 386 F.3d 482, 484 (2d Cir. 2004); *Lotierzo v. Woman's World Med. Ctr., Inc.*, 278 F.3d 1180, 1182 (11th Cir. 2002); *United States v. Dinwiddie*, 76 F.3d 913, 927 (8th Cir. 1996); *United States v. Retta*, 840 F. Supp. 2d 262, 265-68 (D.D.C. 2012); *Greenhut v. Hand*, 996 F. Supp. 372, 376 (D.N.J. 1998); *United States v. Scott*, 958 F.Supp. 761, 773 (D.Conn. 1997) (citing S. REP. NO. 103-117, at 26); *United States v. Hill*, 893 F. Supp. 1034, 1039 (S.D. Fla. 1994).

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| DAVID HAMILTON, | : : | No. 3:10CV-759-S |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

s/Aaron Fleisher
AARON FLEISHER
Trial Attorney
Special Litigation Section
Civil Rights Division
UNITED STATES Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 514-6255
Facsimile:   (202) 514-6903
aaron.fleisher@usdoj.gov