## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **ERIC H. HOLDER, JR.,** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID HAMILTON,** | : | **No. 3:10CV-759-S** |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S SEPARATE PROPOSED JURY INSTRUCTIONS

David Hamilton respectfully request that the Court include in its charge to the jury the attached instructions and such other instructions as may become appropriate during the course of the trial.

Respectfully Submitted,

/s  Vincent F. Heuser, Jr.

—————————————————————————
Vincent F Heuser, Jr., Attorney
Hirsh &Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY  40220
(502) 458-5879

Michael R. Hirsh, Attorney
Hirsh & Heuser Attorneys
125 TownPark Drive Ste 300
Kennesaw, GA 30144
770-420-8224
*Counsel for Defendant David Hamilton*

**CERTIFICATE OF SERVICE**

I hereby certify that this 13th day of September, 2012, the foregoing Response to motion for summary judgment was served upon the Plaintiffs by delivering a true copy thereof [√ ] electronically,   [   ] to the United States Postal Service, first class postage pre-paid, addressed to:

[ √  ] Aaron Fleisher, US Dept of Justice, 950 Pennsylvania Ave N.W., Washington DC 20530

/s  Vincent F. Heuser, Jr.
_____
Vincent F. Heuser, Jr.

DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 5

Element Two: Intent

Intent often may not be proved directly because there is no way of fathoming or scrutinizing the operations of the human mind, but you may infer a person's intent from surrounding circumstances.  When a person's intent is in issue, you may consider any statement that person made, any act that person did or did not do, and all other facts and circumstances that indicate the party's state of mind.

If you find that the defendant acted voluntarily and purposely to injure, intimidate, or interfere with the person he made physical contact with, rather than inadvertently or by mistake or with some other intent, then you may find this element of the offense proved.

O'Malley, Grenig& Lee, *Federal Jury Practice and Instructions*, §17.07, §121.01 (6th ed. 2012).

DEFENDANT'S PROPOSED JURY INSTRUCTION NO.8

Element Three: Injury

"Injury" is defined as any physical or bodily wrong or damage done to another person.

Black's Law Dictionary, 6th Ed. (1990).

PROPOSED JURY INSTRUCTION NO.9

Element Four:  "Obtaining or providing reproductive health services"

The fourth element of the FACE Act requires the Plaintiff to prove that the Defendant acted as he did because he believed the person he touched was obtaining or providing reproductive health services.  This element focuses on what motivated the Defendant to act.

"Reproductive health services" include medical, surgical, counseling, or referral services related to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy.  These services may be provided in a hospital, clinic, physician's office, or other facility.  Reproductive health services do not include actions of an escort acting as a counter-protester to foil pro-life protesters.

18 U.S.C. § 248(a)(1) & (e)(5); *Roe v. Aware Woman Ctr. for Choice, Inc.*, 357 F.3d 1226, 1229-32 (11th Cir. 2004); *Sharpe v. Conole*, 386 F.3d 482, 484 (2d Cir. 2004); *Lotierzo v. Woman's World Med. Ctr., Inc.*, 278 F.3d 1180, 1182 (11th Cir. 2002); *United States v. Dinwiddie*, 76 F.3d 913, 927 (8th Cir. 1996); *United States v. Retta*, 840 F. Supp. 2d 262, 265-68 (D.D.C. 2012); *Greenhut v. Hand*, 996 F. Supp. 372, 376 (D.N.J. 1998); *United States v. Scott*, 958 F.Supp. 761, 773 (D.Conn. 1997) (citing S. REP. NO. 103-117, at 26); *United States v. Hill*, 893 F. Supp. 1034, 1039 (S.D. Fla. 1994); *Holder v. Hamilton*, Dkt. 55, at 4-5 (9/20/12).