# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**ERIC C. HOLDER, JR.**                                                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:10-CV-759-S**

**DAVID HAMILTON**                                                        **DEFENDANT**

## REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on Monday, January 7, 2013, with the following appearances:

FOR THE PLAINTIFF: Aaron Fleisher, counsel; Julie Abbate.

FOR THE DEFENDANT: Vincent Heuser, counsel; David Hamilton, Defendant

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement for the resolution of all claims. The parties signed a preliminary settlement agreement that set forth particular terms of the settlement agreement and agreed to execute a detailed settlement agreement and release of all claims within 30 days of the settlement conference.

Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within 45 days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to Counsel of Record

TIC: 2.00