**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

**MOTION TO REINSTATE THE CASE**

Plaintiff Eric H. Holder, Jr., Attorney General of the United States, by the undersigned attorneys, hereby respectfully moves the Court for an Order reinstating the above-captioned case. The Court dismissed this case on January 9, 2013, with leave to reinstate within 45 days if the settlement is not consummated. ECF No. 78. Although Defendant is working to fulfill the terms agreed upon during the January 7, 2013 Settlement Conference, ECF No. 77, Defendant's efforts will not consummate the settlement within the 45-day window. Accordingly, Plaintiff moves to reinstate this case to the Court's docket and will move to dismiss the case as soon as Defendant has fulfilled the terms of the agreement.

2

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN SMITH
Chief
Special Litigation Section

JULIE K. ABBATE
Deputy Chief
Special Litigation Section

s/T. Jack Morse
T. JACK MORSE
AARON FLEISHER
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:    (202) 305-4039
Facsimile:    (202) 514-6903
jack.morse@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

s/T. Jack Morse
T. JACK MORSE
Trial Attorney
Special Litigation Section
Civil Rights Division
UNITED STATES Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 305-4039
Facsimile:   (202) 514-6903
jack.morse@usdoj.gov