UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE THE CASE

The Attorney General of the United States has moved for an Order reinstating the above-captioned case until Defendant has fulfilled the terms agreed upon during the January 7, 2013 Settlement Conference.

The Court hereby ORDERS this case returned to the Court's docket until the settlement is consummated.

BY THE COURT:

_____
Hon. Charles R. Simpson III
JUDGE, UNITED STATES DISTRICT COURT