UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

**NOTICE OF PROPOSED ORDER TO REINSTATE THE CASE**

Plaintiff Eric H. Holder, Jr., Attorney General of the United States, by the undersigned attorneys, hereby respectfully submits the attached Proposed Order to accompany its Motion to Reinstate the Case, ECF No. 79.

    Respectfully submitted,

    THOMAS E. PEREZ
    Assistant Attorney General
    Civil Rights Division

    JONATHAN SMITH
    Chief
    Special Litigation Section

    JULIE K. ABBATE
    Deputy Chief
    Special Litigation Section

    <u>s/T. Jack Morse</u>
    T. JACK MORSE
    AARON FLEISHER
    Trial Attorneys


2

Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-4039
Facsimile: (202) 514-6903
jack.morse@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., <br> ATTORNEY GENERAL OF THE <br> UNITED STATES OF AMERICA, | : <br> : <br> : | CIVIL ACTION |
| Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | |
| DAVID HAMILTON, | : <br> : | No. 3:10CV-759-S |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

        s/T. Jack Morse
        T. JACK MORSE
        Trial Attorney
        Special Litigation Section
        Civil Rights Division
        UNITED STATES Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
        Telephone:   (202) 305-4039
        Facsimile:    (202) 514-6903
        jack.morse@usdoj.gov