## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **ERIC H. HOLDER, JR.,** : | | |
| **ATTORNEY GENERAL OF THE** : | | |
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION** | |
| : | | |
| **Plaintiff,** : | | |
| : | | |
| v. : | | |
| : | | |
| **DAVID HAMILTON,** : | **No. 3:10CV-759-S** | |
| : | | |
| **Defendant.** : | | |

### NOTICE OF WITHDRAWAL OF MOTION TO REINSTATE THE CASE

Plaintiff Eric H. Holder, Jr., Attorney General of the United States, by the undersigned attorneys, hereby respectfully withdraws his motion to reinstate the above-captioned case, ECF No. 79. The motion is no longer necessary as the Defendant has paid $2,500 to the victim of his alleged use of force, thereby fulfilling the terms upon which the parties agreed during the January 7, 2013 Settlement Conference, ECF No. 77.

    Respectfully submitted,

    ROY L. AUSTIN, JR.
    Deputy Assistant Attorney General
    Civil Rights Division

    JONATHAN SMITH
    Chief
    Special Litigation Section

    JULIE K. ABBATE
    Deputy Chief
    Special Litigation Section

    s/T. Jack Morse
    T. JACK MORSE

1

2

                                                  AARON FLEISHER  
                                                  Trial Attorneys  
                                                  Special Litigation Section  
                                                  Civil Rights Division  
                                                  United States Department of Justice  
                                                  950 Pennsylvania Avenue, N.W.  
                                                  Washington, D.C. 20530  
                                                  Telephone:    (202) 305-4039  
                                                  Facsimile:     (202) 514-6903  
                                                  jack.morse@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERIC H. HOLDER, JR., | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID HAMILTON, | : | No. 3:10CV-759-S |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all registered parties.

<u>s/T. Jack Morse</u>
T. JACK MORSE
Trial Attorney
Special Litigation Section
Civil Rights Division
UNITED STATES Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 305-4039
Facsimile:   (202) 514-6903
jack.morse@usdoj.gov